NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HSH NORDBANK AG,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2015-5125

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00899-SGB, Judge Susan G. Braden.

---

**JUDGMENT**

---

CHRIS WILLIAM HAAF, Kilpatrick Townsend & Stockton LLP, Winston-Salem, NC, argued for plaintiff-appellant. Also represented by CHAD DWIGHT HANSEN; DAVID COVENTRY SMITH, Washington, DC.

DAVID ALAN LEVITT, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by ALLISON KIDD-MILLER, ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER; MARCUS H. CHONG

TIM, Office of General Counsel, Bonneville Power Administration, Portland, OR.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, PLAGER, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 7, 2016          /s/ Daniel E. O'Toole
     Date                 Daniel E. O'Toole
                          Clerk of Court